WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED 10 APR 23 12:27 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**RUSSELL SCHURMAN,**                              CV # 09-279-HU

     Plaintiff,

vs.                                                                ORDER

**COMMISSIONER of Social Security,**

     Defendant.

     Attorney fees in the amount of $7,200.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

     DATED this 22 day of April , 2010.

                         United States District / Magistrate Judge

Submitted on April 16, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1